**APPLICANT**      <u>STEVEN DWAYNE GILBERT</u>    **APPLICATION NO.** <u>WR-17,545-21</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

DISMISSED, SUBSEQUENT APPLICATION.  TEX. CODE CRIM. PROC. Art. 11.07, § 4(a)-(c).

_Lawrence E. Meyers_           03/25/15

**JUDGE**                                               **DATE**